**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7925

BILLY G. ASEMANI,

　　　　　Plaintiff - Appellant,

　　　v.

KATHLEEN S. GREEN, Warden, ECI-E; J. MICHAEL STOUFFER,
Commissioner, Division of Corrections ("D.O.C."); GARY
MAYNARD, Secretary, Department of Public Safety and
Correctional Services; BRATTEN, Ms., Health Administrator
ECI,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Richard D. Bennett, District Judge.
(1:08-cv-03397-RDB)

Submitted: June 17, 2010　　　　　Decided: June 24, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Billy G. Asemani, Appellant Pro Se. Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Asemani appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Asemani v. Green, No. 1:08-cv-03397-RDB (D. Md. Sept. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED